UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:17-cr-00128-RLY-TAB |
| | ) | |
| ANTHONY VENWRIGHT, | ) | -01 |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

On August 14, 2026, the Parties appeared for a hearing on the Petitions for Warrant or Summons for Offender under Supervised Release filed on August 15, 2025, and on August 13, 2026. Defendant appeared in person and by Federal Community Defender counsel Mitch Swedarsky. Government represented by Assistant United States Attorney Peter Blackett. U.S. Probation Office represented by Officer Dylan Lybarger.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Venwright of his rights and ensured that he had a copy of the Petitions. Defendant Venwright waived his right to a preliminary hearing.

2. After being placed under oath, Defendant Venwright admitted violation number 6. Government orally moved to withdraw violation numbers 1-5, which motion was granted by the Court such that violation numbers 1-5 are dismissed.

3. The allegations to which Defendant admitted, as fully set forth in the petition, are:

| **Violation Number** | **Nature of Noncompliance** |
|---|---|
| 6 | **"You must not commit another federal, state, or local crime."** |

On August 4, 2026, Mr. Venwright was sentenced to 120 months imprisonment and three years of supervised release in the Eastern District of Missouri under 4:25CR00494-001, after being convicted of Entry of a Facility to Steal Controlled Substances and Possession with the Intent to Distribute Controlled Substances. This conduct ended on July 31, 2025.

4. The parties stipulated that:

(a) The highest grade of violation is a Grade A violation.

(b) Defendant's criminal history category is V.

(c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 24 months of imprisonment.

5. Counsel for the Parties jointly recommended a sentence of 14 months with no supervision to follow to run consecutively with his current sentence of 120 months and 3 years of supervised release from the Eastern District of Missouri (Cause No. 4:25-cr-00494-001). Probation was heard. Defendant was given the opportunity to make a statement.

6. The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a) to the extent deemed appropriate by 18 U.S.C. § 3583(e), and as more fully set forth on the record, finds that the Defendant violated the conditions as admitted in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or designee for a period of 14 months with no supervised release to follow to run consecutively with his current sentence of 120 months and 3 years of supervised release from the Eastern District of Missouri (Cause No. 4:25-cr-00494-001).

7. Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation. The Parties are hereby notified that the District Judge may reconsider any matter referred to a Magistrate Judge. The Parties waived the fourteen-day period to object to the Report and Recommendation.

**SO RECOMMENDED.**

Date: 8/14/2026

Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email